**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 20, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01024-CR

_____

### IN RE CLARENCE DEWAYNE JACKSON, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
185th District Court
Harris County, Texas
Trial Court Cause No. 981,059**

---

## MEMORANDUM OPINION

On November 30, 2011, Relator, Clarence DeWayne Jackson, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52.1. Relator requests we compel "a government body to make information available. . ."

This Court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals'

jurisdiction. Tex. Gov't Code Ann. § 22.221 (Vernon 2004). Because the petition for writ of mandamus is not directed toward a district court judge or county court judge in our district, and is not necessary to enforce our jurisdiction, we have no jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(b)(1).

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce and McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b).